# EXHIBIT 1

**DEFENDANT FLOOR AND DECOR**
**OUTLETS OF AMERICA, INC.'S INDEX OF MATTERS FILED**

| | |
|---|---|
| Exhibit 1 | Index of Matters Being Filed |
| Exhibit 2 | Affidavit of Service Citation Issued to Floor and Decor |
| Exhibit 3 | Affidavit of Service Citation Issued to Jason Post Homes |
| Exhibit 4 | Affidavit of Service Citation Issued to Inspections Now, Inc. |
| Exhibit 5 | Plaintiff's Original Petition |
| Exhibit 6 | Plaintiff's First Amended Petition |
| Exhibit 7 | Plaintiff's Second Amended Petition |
| Exhibit 8 | Inspections Now, Inc.'s Original Answer |
| Exhibit 9 | Floor & Decor's Original Answer |
| Exhibit 10 | Jason Post Homes' Original Answer |
| Exhibit 11 | Order Granting Adam Reinke's Motion for Pro Hac Vice Admission |
| Exhibit 12 | Order Granting Susan Clare's Motion for Pro Hac Vice Admission |
| Exhibit 13 | State Court Docket Sheet |
| Exhibit 14 | List of Counsel of Record |