# EXHIBIT 2

Filed
11/24/2021 3:11 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Katherine Cavazos

## AFFIDAVIT OF SERVICE

**State of Texas**   **County of Fort Bend**   **434th Judicial District Court**

Case Number: 21-DCV-287142

Plaintiff:
**Jackie Nguyen**

vs.

Defendant:
**Inspections Now, Inc.**

For:
Jason A. Itkin
Arnold & Itkin LLP
6009 Memorial Dr
Houston, TX 77007

Received by PM Legal on the 23rd day of November, 2021 at 10:03 am to be served on **Registered Agent for Floor And Decor Outlets Of America, Inc. CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **23rd day of November, 2021 at 2:55 pm, I:**

Executed service by hand delivering a true copy of the **Citation with copy of Plaintiff's First Amended Petition** to: **Kirk Atkins**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **Floor And Decor Outlets Of America, Inc.**, at the address of: **1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: m, Race/Skin Color: white, Height: 5'10", Weight: 215, Hair: short brown, Glasses: n

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 24th day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

**Anthony Collins**
PSC-357 Expires 12/31/2021

**PM Legal**
1235 Broadway
2nd Floor
New York, NY 10005
(718) 672-1117

Our Job Serial Number: ONT-2021006457
Ref: 5713821

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.2c



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Allara Klein on behalf of Cory Itkin
Bar No. 24050808
aklein@arnolditkin.com
Envelope ID: 59474141
Status as of 11/29/2021 9:24 AM CST

Associated Case Party: Jackie Nguyen

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Geoff Binney | | geoff.binney@gkbklaw.com | 11/24/2021 3:11:29 PM | SENT |

Associated Case Party: Inspections Now, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Robert Brewer | 24027053 | dbrewer@brewer-law.com | 11/24/2021 3:11:29 PM | SENT |
| David Fuchsman | | dfuchsman@brewer-law.com | 11/24/2021 3:11:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason A. Itkin | | e-service@arnolditkin.com | 11/24/2021 3:11:29 PM | SENT |
| Cory Itkin | | citkin@arnolditkin.com | 11/24/2021 3:11:29 PM | SENT |
| Scott West | | scott@westfirm.com | 11/24/2021 3:11:29 PM | SENT |
| Leticia Saavedra | | lsaavedra@arnolditkin.com | 11/24/2021 3:11:29 PM | SENT |
| Denise Novak | | denise.novak@gkbklaw.com | 11/24/2021 3:11:29 PM | SENT |