# EXHIBIT 3

Filed
12/10/2021 12:21 PM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Ashley Alaniz

P5769328

# AFFIDAVIT OF SERVICE

ARNOLD & ITKIN TRIAL LAWYERS     ALLARA KLEIN
IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS 434TH JUDICIAL DISTRICT

JACKIE NGUYEN

- vs -     PLAINTIFF

INSPECTIONS NOW, INC.

DEFENDANT

index No. 21-DCV-287142
Date Filed
File No. JACKIE NGUYEN
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _TEXAS_, COUNTY OF _HARRIS_ :SS:

_Bonnalee J. Aeguard_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _TEXAS_.

On _December 9, 2021_ at _2:17 pm_,

at C/O REGISTERED AGENT JASON POST ~~105 WEST 13TH STREET~~ _1511 Ashland_ HOUSTON, TX 77008

deponent served the within **CITATION, OFFICER'S OR AUTHORIZED PERSON'S RETURN, PLAINTIFF'S SECOND AMENDED PETITION AND AUTOMATED CERTIFICATE OF ESERVICE** on: JASON POST HOMES, LLC, the **DEFENDANT** therein named.

[X] #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION   By delivering a true copy of each to _Jason Post_ personally,
deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT'S**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**:[ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

___ #5 MAIL COPY   ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

[X] #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _M_   Color: _wh_   Hair: _brown_
Age: _40_   Height: _5'7_   Weight: _200_
OTHER IDENTIFYING FEATURES:

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

_C Powledge_   _12-9-21_
NOTARY NAME & DATE

_Bonnalee J. Aeguard_
PSC 10316


C Powledge
My Commission Expires
8/31/2025
Notary ID
133306947

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 8-AITL-5769328

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Allara Klein on behalf of Cory Itkin
Bar No. 24050808
aklein@arnolditkin.com
Envelope ID: 59912550
Status as of 12/10/2021 3:33 PM CST

Associated Case Party: Jackie Nguyen

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Geoff Binney | | geoff.binney@gkbklaw.com | 12/10/2021 12:21:32 PM | SENT |

Associated Case Party: Inspections Now, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Robert Brewer | 24027053 | dbrewer@brewer-law.com | 12/10/2021 12:21:32 PM | SENT |
| David Fuchsman | | dfuchsman@brewer-law.com | 12/10/2021 12:21:32 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kayla Miller | | kmiller@kslaw.com | 12/10/2021 12:21:32 PM | SENT |
| Jason A. Itkin | | e-service@arnolditkin.com | 12/10/2021 12:21:32 PM | SENT |
| Cory Itkin | | citkin@arnolditkin.com | 12/10/2021 12:21:32 PM | SENT |
| Scott West | | scott@westfirm.com | 12/10/2021 12:21:32 PM | SENT |
| Leticia Saavedra | | lsaavedra@arnolditkin.com | 12/10/2021 12:21:32 PM | SENT |
| Denise Novak | | denise.novak@gkbklaw.com | 12/10/2021 12:21:32 PM | SENT |