United States District Court
Southern District of Texas
**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE NGUYEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-00209 |
| | § | |
| INSPECTIONS NOW, INC., FLOOR AND DECOR OUTLETS OF AMERICA, INC., AND JASON POST HOMES, LLC, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

For the reasons stated in the accompanying Memorandum and Opinion, this case is remanded to the 434th Judicial District Court of Fort Bend County, Texas.

SIGNED on March 17, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge